**Order issued May 11, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00969-CR

**PHYLLIS RENAY BURNS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1552149-M**

## ORDER

Before Chief Justice Wright, Justices Bridge and Justice Lang

Based on the Court's opinion of this date, we **GRANT** the motion of Julie Woods for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Julie Woods as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Phyllis Renay Burns TDCJ #02028064 Carol Young Complex 5509 Attwater Ave. Dickinson, Texas 77539.

/s/ Douglas Lang
DOUGLAS S. LANG
JUSTICE